United States Bankruptcy Court
Northern District of Florida

In re:                                                          Case No. 09-40639-KKS
Joseph N. Graves                                                Chapter 13
Barbara Poe Graves
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 1129-4          User: jnah          Page 1 of 2          Date Rcvd: May 20, 2014
                             Form ID: nhgnrlp     Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2014.
db/jdb      +Joseph N. Graves,   Barbara Poe Graves,   108 Chimes Way Sw,   Huntsville, AL 35824-2443
cr          +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr          +PRA  Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
1314348     +Acs/Wachovia Educ Fin,   501 Bleecker St,   Utica, NY 13501-2401
1340660      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
1340661      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
1314349     +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
1314350      Bank of America Home Loans,   P.O. Box 5170,   Simi Valley, CA 93062-5170
1317403     ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial Services Americas, LLC,   Trustee Lockbox,
              POB 9001897,   Louisville, KY 40290-1897)
1777800     +Capital One, N.A.,   c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
1314352     +Chase- Bp,   800 Brooksedge Blv,   Westerville, OH 43081-2822
1906846     #+Chrysler Financial Services America's LLC,   c/o Robert J. Fehse, Esq.,
              Hale Dewey and Knight, PLLC,   88 Union Ave., Suite 700,   Memphis, TN 38103-5128
1314354     +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
1314355     +Citi Flex,   Po Box 6241,   Sioux Falls, SD 57117-6241
1314356     +Citi Shell,   Po Box 6497,   Sioux Falls, SD 57117-6497
1320233      DEPARTMENT STORES NATIONAL BANK/MACYS,   TSYS DEBT MGMT., INC.,   PO BOX 137,
              COLUMBUS, GA  31902-0137
1314357     +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
1362870     +FIA Card Services NA aks Bank of America,   By PRA Receivable Management, LLC,
              c/o Corporation Services Company,   1201 Hays Street,   Tallahassee, FL 32301-2699
1314351     +FIA Card Services, N.A.,   AKA Bank of America,   c/o PRA Receivables Management, LLC,
              POB 12907,   Norfolk, VA 23541-0907
1368724     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
              Tucson, AZ 85712-1083
1314360     +Hsbc/Comp,   Pob 15521,   Wilmington, DE 19850-5521
1381495     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,   PO Box 41067,   Norfolk VA 23451)
1326771     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 12914,
              NORFOLK VA 23541-0914
1377720     +Stephen P. Hale, Esq.,   Bert Echols, Esq.,   Hale Dewey & Knights, PLLC,
              88 Union Avenue, Suite 700,   Memphis, TN 38103-5128
1831181     +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
              Tucson, AZ 85712-1083
1364877      eCAST Settlement Corporation assignee of Chase,   Bank USA NA,   POB 35480,
              Newark NJ 07193-5480


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bnc@bass-associates.com May 21 2014 01:24:06      Capital One, N.A.,
              Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
1777800     +E-mail/Text: bnc@bass-associates.com May 21 2014 01:24:06      Capital One, N.A.,
              c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
1314358     +E-mail/PDF: gecsedi@recoverycorp.com May 21 2014 01:27:49      GE Money Bank/JCPennys,
              Attn: Bankruptcy Dept.,   PO Box 103104,   Roswell, GA 30076-9104
1314359     +E-mail/PDF: gecsedi@recoverycorp.com May 21 2014 01:28:09      GE Money Bank/Lowes,
              Attn: Banktuptcy Dept.,   PO Box 103104,   Roswell, GA 30076-9104
1368724     +E-mail/Text: bnc@bass-associates.com May 21 2014 01:24:06      HSBC Bank Nevada, N.A.,
              Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
1314347      E-mail/Text: cio.bncmail@irs.gov May 21 2014 01:24:13      Internal Revenue Service,
              PO Box 47-421,   Atlanta, GA 30362
1314361     +E-mail/PDF: pa_dc_claims@navient.com May 21 2014 01:27:21      Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
1324260      E-mail/PDF: pa_dc_litigation@navient.com May 21 2014 01:27:21      Sallie Mae Inc. on behalf of,
              United Student Aid Funds, Inc.,   USAF,   Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
1326384      E-mail/PDF: pa_dc_litigation@navient.com May 21 2014 01:28:02
              WACHOVIA on behalf of United Student Aid Funds, In,   c/o SALLIE MAE GUARANTEE SERVICES, INC.,
              P. O. BOX 9430,   WILKES-BARRE, PA 18773-9430
1831181     +E-mail/Text: bnc@bass-associates.com May 21 2014 01:24:06      eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                  TOTAL: 10


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Chrysler Financial Services Americas, LLC

```
District/off: 1129-4         User: jnah            Page 2 of 2            Date Rcvd: May 20, 2014
                             Form ID: nhgnrlp       Total Noticed: 32

cr*          +eCAST Settlement Corporation,  c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083
1314353*     ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
               (address filed with court:  Chryslr Fin,   P.O. Box 9223,   Farmington Hil, MI 48333)
1341373*      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
               NORFOLK VA 23541-0914
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2014 at the address(es) listed below:
          Bert  Echols   on behalf of Creditor   Chrysler Financial Services Americas, LLC
           bechols@evanspetree.com,
           ben.elvert@thehalelawgroup.com;sharri.bruce@thehalelawgroup.com;belvert@evanspetree.com
          Kathryn A. Hathaway   on behalf of Debtor Joseph N. Graves notices@hathawaylaw.net
          Kathryn A. Hathaway   on behalf of Joint Debtor Barbara Poe Graves notices@hathawaylaw.net
          Leigh D. Hart   ldhdock@earthlink.net,  ldhtre@earthlink.net;ldhadmin@earthlink.net
          United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
                                                                          TOTAL: 5
```

FORM nhgnrlp (Rev. 04/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Joseph N. Graves                                        Bankruptcy Case No.:   09–40639–KKS
  SSN/ITIN: xxx–xx–4304
   Debtor

  Barbara Poe Graves                                          Chapter:  13
  SSN/ITIN: xxx–xx–1726                                  Judge:  Karen K. Specie
   Joint Debtor

### *NOTICE OF HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on July 17, 2014 at 09:00 AM, to consider and act upon the following:

   *97* – Motion to Dismiss Case filed by Trustee Leigh D. Hart (Hart, Leigh)

Dated: May 20, 2014                                    FOR THE COURT
                                                                      Traci E. Abrams, Clerk of Court
                                                                      110 E. Park Ave., Ste. 100
                                                                      Tallahassee, FL 32301

Service to:
   All parties in interest