**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:  Joseph & Barbara Graves                           Case No.: 09-40639 KKS
                                                                              Chapter 13
                  Debtor(s).
_____/

**ORDER DENYING WITHOUT PREJUDICE DEBTOR'S**
**MOTION FOR HARDSHIP DISCHARGE UNDER § 1328(b) (DOC. 73)**

This matter came before the Court for hearing on May 15, 2014, and this Court, having heard argument of Debtors' counsel and the Chapter 13 Trustee and being otherwise advised in the matter,

ORDERED that the Motion is denied without prejudice.

DONE AND ORDERED on this 28th day of May, 2014.

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Copies furnished:

All parties in interest

This order prepared by Kathryn A. Hathaway, Esq.